**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| Pamela and James Sills,<br><br>                         Plaintiffs,<br>       v.<br><br>Account Control Technology, Inc.; and DOES 1-10, inclusive,<br><br>                         Defendant. | Civil Action No.:  1:12-cv-02923-CCB |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiffs anticipate filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.  The Plaintiffs hereby respectfully request above-entitled Court to enter Rule 111 Order.

Dated: November 8, 2012

                                              Respectfully submitted,

                                              By     */s/ Sergei Lemberg*
                                              Sergei Lemberg, Esq.
                                              LEMBERG & ASSOCIATES L.L.C.
                                              1100 Summer Street, 3rd Floor
                                              Stamford, CT 06905
                                              Telephone: (203) 653-2250
                                              Facsimile:  (203) 653-3424
                                              ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 8, 2012, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of Maryland Electronic Document Filing System (ECF) and that the document is available on the ECF system.

      By /s/ Sergei Lemberg

      Sergei Lemberg